**Opinion issued February 4, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00866-CV

———————————

## IN RE TEXAS WINDSTORM INSURANCE ASSOCIATION, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On October 11, 2013, Relator, Texas Windstorm Insurance Association, filed a petition for writ of mandamus with this Court requesting relief from two orders of the district court compelling discovery.[*] On January 16, 2014, Relator notified this Court that the matter has been resolved and requested that we dismiss

---

[*] The underlying case is *League City v. Texas Windstorm Insurance Association*, cause number 12-CV-0053, pending in the 212th Judicial District Court of Galveston County, Texas, the Honorable Susan Criss presiding.

the petition for writ of mandamus. No prior opinion has been issued on Relator's petition for writ of mandamus.

We grant the motion and dismiss the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.